UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
**KIERAN T. QUINN,**

                            **Plaintiff,**

                                                                                   **LIST OF TRIAL**

                -against-                                                        **EXHIBITS**


**SUFFOLK COUNTY, SUFFOLK COUNTY**                  **CV08-5121(LDW) (ETB)**
**POLICE DEPARTMENT & POLICE OFFICER**
**CHRISTOPHER G. VERWYS,**

                                     **Defendants.**
---------------------------------------------------------------------------X

      In addition to the exhibits listed by plaintiff, which are incorporated by reference, the County may also offer the following items:

    a)    Use of Force Report;
    b)    transcripts of referenced 911 calls;
    c)    crime arraignment cover sheet;
    d)    Prisoner Activity Log;
    e)    prior criminal history for plaintiff;
    f)    C.A.D. Report for subject incident;
    g)    resisting arrests photos' taken by police personnel;
    h)    Incident Report;
    i)    Notice of Claim; and
    j)    Summons and Complaint.

Dated: Hauppauge, New York
       May 18, 2010

                                                Christine Malafi
                                                Suffolk County Attorney
                                                Attorney for County of Suffolk
                                                and Christopher Verwys,
                                                P.O. Box 6100
                                                100 Veterans Memorial Highway
                                                Hauppauge, New York 11788-0099
                                                (631) 853-4049

                                      By:  _____
                                                 Richard T. Dunne/RTD-6665
                                                 Assistant County Attorney

To:
William J. Eppig, Esq.
175 Montauk Highway, Suite 5
West Islip, NY  11795