June 7, 2011

Hon. Leonard D. Wexler, U.S.D.J.
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Re:     Kieran T. Quinn v. Suffolk County, et al.
        Docket No. CV08-5121 (LDW)(ETB)

Dear Judge Wexler:

The County writes to inform the Court that a settlement has been reached in this matter.  The papers have been sent to plaintiff and will be filed with the Court upon receipt.

Very truly yours,

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY

_____
Richard T. Dunne
Assistant County Attorney

RTD/snl
cc:  Bill Eppig, Esq. (Via ECF)